FILED
April 08, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA



0002545136

**2**

JOHN R. ROBERTS
Bankruptcy Trustee
P.O. Box 1506
Placerville, CA  95667-1506
(530) 626-6441

# UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | CASE NO. **09-48247-A-7** |
| **RANDALL D. GARDNER**<br>**KAREN L. GARDNER** | DC NO. **JRR-2** |
| Debtor(s). | DATE: **MAY 10, 2010**<br>TIME : **9:00 A.M.**<br>COURTROOM: **28** |
| _____/ | |

## MOTION FOR SALE OF ASSETS
### [11 U.S.C. § 363]

The motion of JOHN R. ROBERTS, as Trustee of the estate of the above-named debtor, respectfully represents:

1.      That movant is the duly elected, qualified and acting Trustee of the estate of the above-named debtor.

2.      That movant has, as such Trustee, the following asset belonging to the debtor's estate, appraised as indicated, to wit:

   **ASSET:  5 CLASS A CAPITAL UNITS OF SUMMIT ETHANOL LLC**
   **VALUE: $48,650.00**

3.      That it is in the best interest of the estate that said asset be sold in that it will generate cash for the estate and said sale is for the fair market value.

4.      The Trustee has received an offer from WPB PARTNERS LLC, or assignee, a good faith purchaser, no relationship to the debtors, for the sum of $22,950.00.

5.      WPB PARTNERS LLC is purchasing the asset free and clear of liens and encumbrances, if any.

6.    The transaction is Arms-Length in nature.

7.    The asset is being sold "As Is" and the Trustee makes no warranty on the condition of the asset.

8.    Payment of the final sales price, in cash or cashier's check, shall be due 15 days after entry of the Final Order approving the sale unless other arrangements are made with the Trustee.

WHEREFORE, Trustee prays for an Order from this Court allowing him to sell the asset as described herein and to execute any and all documents required to fully consummate the sale and transfer of the stock.


DATED:   April 8, 2010

/s/   JOHN R. ROBERTS, TRUSTEE
PO Box 1506
Placerville, CA  95667
530-626-6441
court@bankruptcy-info.com
State Bar No. 77919